UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB ANDREW BERGERON,

        Petitioner,

v.

SHORELINE COURT, et al.,

        Respondents.

Case No. C15-1326 JLR-BAT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, after careful consideration of the petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is **DISMISSED** without prejudice for failure to pay the filing fee and for failure to state a claim and all pending motions are **DENIED**.

(3)     The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of Jan., 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1